UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                      :

CAMP AGUDAH,
                              Plaintiff,  :

                                                                       :         20 Civ. 5858 (LGS)

                     -against-                        :

                                                                       :                ORDER

CNA FINANCIAL CORPORATION, et al.,   :
                                          Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated August 3, 2020 (Dkt. 6), required the parties to file a proposed case management plan and joint letter by September 17, 2020;

       WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

       **ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **September 21, 2020, at noon**.

Dated: September 18, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE