```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMP AGUDAH,

    Plaintiff,

-against-

CONTINENTAL INSURANCE CO.,

    Defendant.

20-CV-5858 (LGS) (BCM)

**ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

Judge Moses will hold a telephonic counsel-only pre-settlement conference on **December 18, 2020, at 10:00 a.m.** Counsel are directed to call (888) 557-8511 and enter (a) the access code 7746387 and (b) the security code that the Court will provide to you, by email. Clients need not join the conference. No later than **December 16, 2020**, the parties shall submit a confidential joint letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, advising the Court as to the parties' views on settlement, including whether defendant has obtained settlement authority, whether any substantive settlement discussions have occurred, and whether the parties wish to schedule a judicially-supervised settlement conference with clients.

Dated: New York, New York
       December 1, 2020

**SO ORDERED**.

*/s/ Barbara Moses*

**BARBARA MOSES**
**United States Magistrate Judge**