UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMP AGUDAH,

    Plaintiff,

-against-

CONTINENTAL INSURANCE CO.,

    Defendant.

20-CV-5858 (LGS) (BCM)

**ORDER**

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 12/18/20*

**BARBARA MOSES, United States Magistrate Judge.**

    No later than **June 18, 2021**, the parties shall submit a confidential joint letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, advising the Court as to the parties' views on the efficacy of a judicially-supervised settlement conference. If the parties agree that a settlement conference would be productive before June 18, they are directed to submit the joint letter as soon as the need arises.

Dated: New York, New York
       December 18, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**